# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUSSELL K. UEHARA,

        Plaintiff,

vs.

TD BANK, et al.,

        Defendants.

Case No. 2:17-cv-00190-GMN-CWH

**ORDER**

Presently before the court is Defendant Experian Information Solutions, Inc.'s Motion to Consolidate or Limit Depositions (ECF No. 31), filed on April 19, 2017. The motion is supported by the declaration of Jennifer L. Braster (ECF No. 32), filed on April 19, 2017. Plaintiff Russell K. Uehara filed a response (ECF No. 37) on April 25, 2017. Defendant filed a reply (ECF No. 38), supported by the declaration of Jennifer L. Braster (ECF No. 39), on April 26, 2017. The court held a hearing on the motion on April 27, 2017. (Mins. of Proceedings (ECF No. 40).)

After reviewing and considering the briefs and hearing the parties' arguments, the court is not convinced there is enough common ground to make consolidation of the five depositions at issue a workable solution at this time. The court therefore will deny the motion to consolidate the depositions and the parties will have to continue with case-by-case depositions for the time being. The court remains committed to assisting the attorneys and parties in reducing the costs and avoiding duplication in these cases, however, and encourages the parties to persist in their meet-and-confer efforts.

IT IS THEREFORE ORDERED that Defendant Experian Information Solutions, Inc.'s Motion to Consolidate or Limit Depositions (ECF No. 31) is DENIED without prejudice.

DATED: May 4, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**