1  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
2  MICHAEL R HOGUE, ESQ.
   Nevada Bar No. 12400
3  GREENBERG TRAURIG, LLP
4  3773 Howard Hughes Parkway, Suite 400 North
   Las Vegas, Nevada 89169
5  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
6  Email: bundick@gtlaw.com; hoguem@gtlaw.com
7  *Counsel for Defendant Specialized Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL UEHARA,<br><br>    Plaintiffs,<br><br>v.<br><br>TD BANK, NATIONAL ASSOCIATION A/K/A TD BANK USA/ TARGET CREDIT; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | Case No.: 2:17-CV-00190-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS AMENDED COMPLAINT** |

COME NOW, Plaintiff Russell Uehara ("Plaintiff") Defendant Specialized Loan Servicing, LLC ("SLS"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective counsel of record in the above-captioned matter, and hereby stipulate and agree, pursuant to LR 7-,1 as follows:

/ / /

/ / /

/ / /

IT IS HEREBY STIULATED THAT:

1. To allow counsel for SLS to familiarize themselves with the matter and to permit settlement discussions between SLS and Plaintiff, the deadline for SLS to file its Reply in Support of SLS's Emergency Motion to Stay Discovery Pending Ruling on Motion to Dismiss Amended Complaint is hereby extended to May 11, 2017.

2. This stipulation is not made for purposes of delay.

Dated: May 4, 2017

**GREENBERG TRAURIG, LLP**

By: /s/ Michael R. Hogue
JACOB BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails: bundickj@gtlaw.com
hoguem@gtlaw.com

*Attorneys for Defendant Specialized Loan Servicing, LLC*

Dated: May 4, 2017

**KNEPPER & CLARK LLC**

By: /s/ Miles N. Clark
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: 702-825-6060
Fax: 702-447-8048
Email:
matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

**HAINES & KRIEGER, LLC**

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
Phone: 702-880-5554
Fax: 702-383-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Russell Uehara*

LV 420910678v1

Dated: May 4, 2017

**NAYLOR & BRASTER**

By: ___/s/ Jennifer L. Braster___
Jennifer L. Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com

## ORDER

IT IS SO ORDERED.

_____
US MAGISTRATE JUDGE

DATED: May 5, 2017

LV 420910678v1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on May 4, 2017, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SPECIALIZED LOAN SERVICING, LLC TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS AMENDED COMPLAINT** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
Knepper & Clark
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
Miles.clark@knepperclark.com

DAVID H. KRIEGER, ESQ.
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
dkrieger@hainesandkrieger.com

Jennifer L. Braster
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
jbraster@naylorandbrasterlaw.com

/s/ *Natalie Young*
Employee of Greenberg Traurig, LLP

Greenberg Traurig, LLP
3773 Howard Hughes Parkway - Suite 400 North
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

LV 420910678v1