Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RUSSELL K. UEHARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TD BANK, NATIONAL ASSOCIATION A/K/A/ TD BANK USA/ TARGET CREDIT; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　Defendants | Case No. 2:17-cv-190-GMN-CWH<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice.

/ / /

- 1 -

Each party will bear its own fees and costs.

Dated: April 24, 2018
Respectfully submitted,

| /s/ *Miles N. Clark* | /s/ *Bradley T. Austin* |
|---|---|
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | SNELL & WILMER LLP |
| Nevada Bar No. 13848 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Office: 702-784-5200 |
| Email: miles.clark@knepperclark.com | Fax: 702-784-5252 |
| | Email: baustin@swlaw.com |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | *Counsel for Defendant* |
| HAINES & KRIEGER, LLC | *Equifax Information Services, LLC* |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC

## WITH PREJUDICE

**IT IS SO ORDERED.**

**DATED** this __25__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court